# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JAMES DRAUCKER, <br> #23-000262 | § <br> § <br> § | |
| v. | § <br> § | CIVIL ACTION NO. 3:23-CV-0089-S-BN |
| STATE OF TEXAS, et al. | § <br> § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **DENIES** Plaintiff James Draucker's construed motion under Federal Rule of Civil Procedure 59(e) [ECF No. 15] and **DIRECTS** the Clerk to reopen and then close this case solely for statistical purposes.

In connection with Plaintiff's Objections and Other Motion ("Objections") [ECF No. 17], Plaintiff made a request for appointment of counsel, asked for leave to amend, and moved to compel "copies of the evidence that this court is using." Objs. 2-3. For the reasons set forth in the Court's previous Order [ECF No. 13], the request for appointment of counsel and motion for leave to amend are **DENIED**. Because the Court has not relied on any undisclosed evidence, the motion to compel is also **DENIED**.

Finally, Plaintiff requests that the Court make a copy of his Original Complaint. Objs. 3. The Court instructs Plaintiff to file any request for copies as a separate motion so that the Clerk's Office may consider it.

**SO ORDERED.**

SIGNED September 8, 2023.

_____
**UNITED STATES DISTRICT JUDGE**